PROB 22 (Rev. 10/13)

| | |
|---|---|
| **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Transferring Court)*<br>CR-17-01685-001-TUC-JAS (JR) |
| | DOCKET NUMBER *(Receiving Court)*<br>19-cr-203-PAB |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Angela Danielle Schuldt | District of Arizona | 4: Tucson |
| | NAME OF SENTENCING JUDGE<br>Honorable James A. Soto<br>United States District Judge | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 3/18/2019 — TO 3/17/2022 |

| OFFENSE |
|---|
| Title 18 U.S.C. § 922(g)(1), 18 U.S.C. § 924(a)(2), Felon in Possession of Ammunition |

**PART 1- ORDER TRANFERRING JURISDICTION**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. §3605, the jurisdiction of the probationer or supervised releasee, Angela Danielle Schuldt, be transferred with the records of this Court to the United States District Court for the District of Colorado upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

4-9-2019
Date

Honorable James A. Soto
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2- ORDER ACCEPTING JURISDICTION**

**UNITED STATES DISTRICT COURT DISTRICT OF COLORADO**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

April 29, 2019
Effective Date

Honorable
United States District Judge