**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 1:19CR00203-1

UNITED STATES OF AMERICA,

         Plaintiff,

vs.

ANGELA DANIELLE SCHULDT,

         Defendant.

**ORDER REGARDING VIOLATION(S) OF CONDITIONS OF SUPERVISED RELEASE**

       THIS MATTER is before the Court upon request by the probation officer to initiate revocation proceedings due to violation(s) of the conditions of supervision.

       HAVING considered the probation officer's petition, the Court

\_\_\_\_    ORDERS the issuance of an arrest warrant.

\_\_\_\_    ORDERS the issuance of a summons.

\_\_\_\_    DENIES the request.

       DATED at Denver, Colorado, this \_\_\_\_\_ day of May, 2020.

                    BY THE COURT:

                              Philip A. Brimmer
                              Chief United States District Judge