**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Case No. 1:19CR00203-1

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

ANGELA DANIELLE SCHULDT,

        Defendant.

**ORDER REGARDING VIOLATION(S) OF CONDITIONS OF SUPERVISED RELEASE**

        THIS MATTER is before the Court upon request by the probation officer to initiate revocation proceedings due to violation(s) of the conditions of supervision.

        HAVING considered the probation officer's petition, the Court

_X_    ORDERS the issuance of an arrest warrant.

___    ORDERS the issuance of a summons.

___    DENIES the request.

        DATED at Denver, Colorado, this _8th_ day of May, 2020.

                              BY THE COURT:

                              Philip A. Brimmer
                              Chief United States District Judge