AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| United States of America | ) | |
| v. | ) | Case No. 1:19CR00203-1 |
| Angela Danielle Schuldt | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Angela Danielle Schuldt,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment   ❏ Superseding Indictment   ❏ Information   ❏ Superseding Information   ❏ Complaint
❏ Probation Violation Petition   ☑ Supervised Release Violation Petition   ❏ Violation Notice   ❏ Order of the Court

This offense is briefly described as follows:

1. Failure to Participate in Substance Abuse Testing as Directed by the Probation Officer
2. Failure to Notify Probation Officer of Change in Residence
3. Failure to Notify Probation Officer of Change in Employment
4. Failure to Participate in Mental Health Treatment as Directed by the Probation Officer
5. Possession and Use of a Controlled Substance

Date: May 8, 2020

s/ S. Grimm, Deputy Clerk
*Issuing officer's signature*

City and state: Denver, Colorado

Jeffrey P. Colwell, Clerk of Court
*Printed name and title*

| **Return** |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____. |
| Date: _____ |
| *Arresting officer's signature* |
| *Printed name and title* |