# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No: 19-cr-00203-PAB-1

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. ANGELA DANIELLE SCHULDT,

        Defendant.

---

## ENTRY OF APPEARANCE OF COUNSEL

---

    To:    The clerk of court and all parties of record

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for the United States of America.

Respectfully submitted this 27th day of July, 2020.

                              JASON R. DUNN
                              United States Attorney

    BY:    *s/Jason St. Julien*
                JASON ST. JULIEN
                Assistant United States Attorney
                U.S. Attorney's Office
                1801 California Street, Suite 1600
                Denver, Colorado 80202
                Phone: (303) 454-0100
                Fax: (303) 454-0401
                E-mail: Jason.St.Julien@usdoj.gov
                Attorney for Government

## CERTIFICATE OF SERVICE

    I hereby certify that on this 27th day of July, 2020, I electronically filed the foregoing **ENTRY OF APPEARANCE OF COUNSEL** with the Clerk of Court using the CM/ECF system which will send notification of such filing to counsel of record.

                                            s/Jason St. Julien
                                            JASON ST. JULIEN
                                            Assistant United States Attorney
                                            U.S. Attorney's Office
                                            1801 California Street, Suite 1600
                                            Denver, Colorado 80202
                                            Phone: (303) 454-0100
                                            Fax: (303) 454-0401
                                            E-mail:  Jason.St.Julien@usdoj.gov
                                            Attorney for Government