IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO.     19-cr-00203-PAB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

ANGELA DANIELLE SCHULDT,

        Defendant.

___

NOTICE OF APPEARANCE
___

        The Office of the Federal Public Defender, by and through undersigned counsel, hereby enters its appearance in the above captioned case.

        Respectfully submitted,

        VIRGINIA L. GRADY
        Federal Public Defender

        s/ Jennifer Beck
        JENNIFER BECK
        Assistant Federal Public Defender
        633 17th Street, Suite 1000
        Denver, CO  80202
        Telephone:  (303) 294-7002
        FAX:  (303) 294-1192
        Jennifer_Beck@fd.org
        Attorney for Defendant

## CERTIFICATE OF SERVICE

       I hereby certify that on July 28, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

       Jason St. Julien, Assistant United States Attorney
       Email: jason.st.julien@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

       Angela Schuldt (Via U.S. Mail)

       s/ Jennifer Beck
       JENNIFER BECK
       Assistant Federal Public Defender
       633 17th Street, Suite 1000
       Denver, CO  80202
       Telephone:  (303) 294-7002
       FAX:  (303) 294-1192
       Jennifer_Beck@fd.org
       Attorney for Defendant