IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO.    19-cr-00203-PAB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

ANGELA DANIELLE SCHULDT,

       Defendant.

_____

**UNOPPOSED MOTION TO CONTINUE
FINAL SUPERVISED RELEASE VIOLATION HEARING**
_____

       Defendant, Angela Schuldt, through counsel, respectfully moves the Court to continue the supervised release violation hearing currently scheduled for September 24, 2020 at 1:30 p.m.  The government, through Jason St. Julien, Assistant United States Attorney, and the US Probation Office through USPO Damillah Williams do not oppose Ms. Schuldt's request to continue this hearing.  As set forth in more detail below, Ms. Schuldt respectfully requests that proceedings in this matter be continued for at least 60 days so the parties can have time to 1) assess Ms. Schuldt's participation in treatment and 2) discuss a possible resolution involving this case in light of Ms. Schuldt's participation in any such program.

       1.     Ms. Schuldt began serving a three-year period of supervised release in this case on March 18, 2019. Doc. No. 2.

       2.     On May 6, 2020, the U.S. Probation Office filed a petition to revoke supervised release, alleging multiple violations. *Id.*

3.	Ms. Schuldt was arrested on the petition on July 27, 2020. Doc. No. 6.  She was ordered released to a halfway house by Magistrate Judge Hegarty on July 30, 2020. Doc. No. 14.  Because of bed availability, it took quite some time before Ms. Schuldt could be released from jail.

4.	On Saturday, August 15, 2020, Ms. Schuldt was released from jail and accepted into a halfway house in Colorado Springs.

5.	The parties strongly prefer for Ms. Schuldt to engage in treatment before proceeding to a final revocation hearing.  Ms. Schuldt's Final Supervised Release Violation Hearing is currently scheduled for September 24, 2020, at 1:30 p.m. Doc. No. 16.  USPO Williams' report is due to the Court before Ms. Schuldt will be able to actively engage with the conditions of her release.  The parties would like to see how Ms. Schuldt does while on release, and how and whether she utilizes the tools and skills obtained in treatment, before advocating for various positions regarding revocation and resentencing.

6.	Ms. Schuldt requests the Final Supervised Release Violation Hearing in this matter be continued for at least 60 days so the parties can have time to assess Ms. Schuldt's participation in her treatment and how she performs while on release.

/ / /

WHEREFORE, the parties respectfully request the proceedings in this matter be continued for at least 60 days.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender

s/ Jennifer Beck
JENNIFER BECK
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone: (303) 294-7002
FAX: (303) 294-1192
Jennifer_Beck@fd.org
Attorney for Defendant

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 9, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

    Jason St. Julien, Assistant United States Attorney
    Email: jason.st.julien@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non-CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    Angela Schuldt (Via U.S. Mail)

                                  s/ Jennifer Beck
                                  JENNIFER BECK
                                  Assistant Federal Public Defender
                                  633 17th Street, Suite 1000
                                  Denver, CO  80202
                                  Telephone: (303) 294-7002
                                  FAX: (303) 294-1192
                                  Jennifer_Beck@fd.org
                                  Attorney for Defendant