IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

Criminal Case No.  19-cr-00203-PAB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  ANGELA DANIELLE SCHULDT,

      Defendant.
_____

## ORDER ON MOTION TO WITHDRAW
_____

      This matter is before the Court on the Motion to Withdraw [Docket No. 19] of

Assistant United States Attorney Martha Paluch.  In light of the Entry of Appearance

filed by Assistant United States Attorney Jason St. Julien [Docket No. 7], it is

      ORDERED that the Motion to Withdraw [Docket No. 19] is granted.


      DATED September 10, 2020.


                            BY THE COURT:


                           _____

                           PHILIP A. BRIMMER
                           Chief United States District Judge