IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO.    19-cr-00203-PAB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

ANGELA DANIELLE SCHULDT,

      Defendant.

_____

**LETTERS IN SUPPORT OF MS. SCHULDT REGARDING
FINAL SUPERVISED RELEASE VIOLATION HEARING**
_____

Defendant, Angela Schuldt, through counsel, hereby submits the following exhibits in preparation for her upcoming final supervised release violation hearing currently scheduled for Friday, November 20, 2020.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender


s/ Jennifer Beck
JENNIFER BECK
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone: (303) 294-7002
FAX: (303) 294-1192
Jennifer_Beck@fd.org
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on November 19, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

Jason St. Julien, Assistant United States Attorney
Email: jason.st.julien@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non-CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Angela Schuldt (Via U.S. Mail)

s/ Jennifer Beck
JENNIFER BECK
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone: (303) 294-7002
FAX: (303) 294-1192
Jennifer_Beck@fd.org
Attorney for Defendant