# EXHIBIT A



March 27, 2019

The Hon. Judge Brimmer
United States District Judge
District of Colorado
United States Courthouse
Denver, Colorado

RE: Angela Schuldt

Dear Judge Brimmer,

Angela Schuldt arrived to ComCor on August 17, 2020. Since that time. Ms Schuldt has gained full-time employment with Western Omelette. She is attending weekly therapy sessions with her therapist. Ms. Schuldt has remained write up free while at ComCor. She presents with a positive and pro-social attitude and treats both staff and clients with respect.

If you need any further information, please contact me at 719-473-3033 ext. 322.

Respectfully,

Jeanie Vigil
Case Manager Supervisor
ComCor, Inc.

| Corporate Office | Roberts Road Residential Facility | Transition Facility | Diversion Facility | Non-Residential Services |
|---|---|---|---|---|
| 5465 Mark Dabling Blvd. | 3615 Roberts Rd. | 3808 N Nevada Ave. | 3950 N Nevada Ave. | 3615 Roberts Rd. |
| Colorado Springs, CO 80918 | Colorado Springs, CO 80907 | Colorado Springs, CO 80907 | Colorado Springs, CO 80907 | Colorado Springs, CO 80907 |
| (719) 473-4460 | (719) 473-3033 | (719) 636-5200 | (719) 260-8002 | (719) 473-3033 |
| (719) 473-4468 Fax | (719) 473-3037 Fax | (719) 630-0229 Fax | (719) 535 2716 Fax | (719) 473-3037 Fax |