# EXHIBIT B

The Hon. Judge Brimmer
United States District Judge
District of Colorado
United States Courthouse
Denver, Colorado

                              Re: Angela Schuldt

Dear Judge Brimmer:

I've known Angela for about 3 weeks and she has worked at the Western Omelette for the same time period. She works as a line cook and has shown to be a prompt and effective worker for us. She has quickly learned the skills we have taught her in her short time with us, and I have no doubt she will continue to develop new skills she will need to become a better cook.

While the time I've known her has not been very long, she has shown willingness to learn how to be a cook for us and continues to improve every day. Though she can be unsure of herself at times, her attitude is always great and is valued highly by our management at the restaurant.


James Svitak
Kitchen Manager
Western Omelette
605-670-9804
11/17/2020