# EXHIBIT C

The Hon. Judge Brimmer
United States District Judge
District of Colorado
United States Courthouse
Denver, Colorado

                        Re: Angela Schuldt

Dear Judge Brimmer:

I am a manager at Second Chance Recovery Homes.  Rich Canfield is the owner of the homes.  We will accept Angela into our program.  The rent is $500 a month.  She will have the ability to pay $125 a week, $250 every 2 weeks, or $500 for the full month.  She will have an 8:00 curfew here, unless you guys put her on a different curfew and she will abide by that.  We have a chore she will have to do once a day, she will have to stay sober, work a 12-step program, and get a sponsor.  We supply her bed, the linen for the bed, free laundry, and free cleaning supplies; she will have to supply her own clothes, food, and hygiene.  Honesty is the best way in my program.  I don't put up with manipulation or lying or stealing.  I do random UAs monthly and random breathalyzers monthly.  I hope this is what you needed me to provide and you accept her in our program.  If you have any questions my phone number is 719 323-9429.  I hope to see Angela here at the house and in our program.

Thank you for contacting us.

Jamie Hooper
hooperjamie7@gmail.com