IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

Criminal Action No.: 19-cr-00203-PAB          Date:  November 20, 2020
Courtroom Deputy:  Sabrina Grimm              Court Reporter:   Janet Coppock
Probation Officer:    Damillah Williams

_Parties:_                                    _Counsel:_

UNITED STATES OF AMERICA,                     Jason St. Julien

    Plaintiff,

v.

1.   ANGELA DANIELLE SCHULDT,                 Jennifer Beck

    Defendant.

---

## COURTROOM MINUTES

---

**REVOCATION OF SUPERVISED RELEASE VIA VIDEO TELECONFERENCE**

**11:00 a.m.    Court in session.**

Appearances of counsel by VTC.  Defendant present on bond by VTC.

There are technical issues with the connection.

**11:06 a.m.    Court in recess.**
**11:09 a.m.    Court in session.**

Defendant present on bond by telephone.

Ms. Schuldt consents to proceed by VTC/telephone.

Defendant admits to violations 1, 2, 3, 4, 5, and 6 of supervised release.

Discussion and argument regarding objections to the supervised release violation report and sentencing recommendation.

Statement by Ms. Schuldt and USPO Damillah Williams.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Court states its findings of fact and conclusions of law.

**ORDERED:  Supervised Release is revoked.**

**ORDERED:  Defendant shall be imprisoned for a term of time served. Upon release from imprisonment, defendant shall be placed on supervised release for a period of 3 years.**

**ORDERED:  Conditions of Supervised Release, as stated on record.**

Defendant advised of right to appeal.

Discussion regarding conditions of bond.  Court amends the RRC condition, as stated on record.  Defendant's ankle monitor will be remoted today.

**ORDERED:  Defendant's bond will be continued until November 22, 2020, at which time it will be exonerated.**

**11:47 a.m.    Court in recess.**

Hearing concluded.
Total in-court time:    00:42