**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 1:19CR00203-1

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ANGELA DANIELLE SCHULDT,

    Defendant.

**ORDER REGARDING VIOLATION(S) OF CONDITIONS OF SUPERVISED RELEASE**

THIS MATTER is before the Court upon request by the probation officer to initiate revocation proceedings due to violation(s) of the conditions of supervision.

HAVING considered the probation officer's petition, the Court

____ ORDERS the issuance of an arrest warrant.

____ ORDERS the issuance of a summons.

____ DENIES the request.

DATED at Denver, Colorado, this _____ day of April, 2021.

BY THE COURT:

_____
Philip A. Brimmer
Chief United States District Judge