AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Colorado

| | |
|---|---|
| United States of America<br>v.<br><br>Angela Danielle Schuldt<br><br>*Defendant* | )<br>)  Case No.  1:19CR00203-1<br>)<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Angela Danielle Schuldt                                                                                              ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment        ❏ Superseding Indictment        ❏ Information        ❏ Superseding Information        ❏ Complaint
❏ Probation Violation Petition        ☑ Supervised Release Violation Petition        ❏ Violation Notice        ❏ Order of the Court

This offense is briefly described as follows:

1. Failure to Report Arrest/Questioning by Law Enforcement Officer Within 72 Hours
2. Association with a Person Convicted of a Felony
3. Failure to Notify Probation Officer of Change in Residence
4. Failure to Participate in Treatment (Substance Abuse or Mental Health) as Directed by the Probation Officer
5. Failure to Notify Probation Officer of Change in Employment

Date: _____                                  _____
                                                                                      *Issuing officer's signature*

City and state:   Denver, Colorado                        _____
                                                                                      *Printed name and title*

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____                                  _____
                                                                                      *Arresting officer's signature*

                                                                                      _____
                                                                                      *Printed name and title*