**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 19-cr-00203-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ANGELA DANIELLE SCHULDT,

    Defendant.

**ORDER REGARDING VIOLATION(S) OF CONDITIONS OF SUPERVISED RELEASE**

THIS MATTER is before the Court upon request by the probation officer to initiate revocation proceedings due to violation(s) of the conditions of supervision.

HAVING considered the probation officer's petition, the Court

**X**    ORDERS the issuance of an arrest warrant.

____    ORDERS the issuance of a summons.

____    DENIES the request.

DATED at Denver, Colorado, this 29th day of April, 2021.

BY THE COURT:

Philip A. Brimmer
Chief United States District Judge