IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No: 19-cr-00203-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANGELA DANIELLE SCHULDT

    Defendant.

## ENTRY OF APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

    I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for the United States of America.

DATED in Denver, Colorado this 1st day of June, 2021.

                        MATTHEW T. KIRSCH
                        ACTING UNITED STATES ATTORNEY

By:    *s/ Andrea Surratt*
         Andrea Surratt
         Assistant United States Attorney
         United States Attorney's Office
         1801 California Street, Suite 1600
         Denver, Colorado 80202
         Telephone: 303-454-0124
         Email: andrea.surratt@usdoj.gov
         Attorney for the Government

## **CERTIFICATE OF SERVICE**

      I certify that on this 1st day of June, 2021, I electronically filed the foregoing **Entry of Appearance** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

      By: _s/ Danielle Storinsky_
           Legal Assistant
           United States Attorney's Office