| | |
|---|---|
| **From:** | kevin.deleon@ind-house.com |
| **To:** | Damillah Williams; Joshua Roth |
| **Cc:** | "Deenie Cervera" |
| **Subject:** | Missed Session |
| **Date:** | Friday, April 23, 2021 3:00:19 PM |

**CAUTION - EXTERNAL:**

Angela S. #4469163 missed her scheduled MH Individual session 6015 with Jolie on 4/22/2021 at 1500hrs via Telehealth.

Kevin De Leon
Program Coordinator
Independence House North Side
4300 Kalamath St. Denver CO 80211
kevin.deleon@ind-house.com
P) 303-433-1306 x:227
F) 303-433-4653

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the sender. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

GOVERNMENT EXHIBIT 3