IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

| | |
|---|---|
| Criminal Action No.: 19-cr-00203-PAB | Date:  July 8, 2021 |
| Courtroom Deputy:  Sabrina Grimm | Court Reporter:  Janet Coppock |
| Probation Officer:    Josh Roth | |

*Parties:*

UNITED STATES OF AMERICA,

  Plaintiff,

v.

1.  ANGELA DANIELLE SCHULDT,

  Defendant.

*Counsel:*

Andrea Surratt
Melissa Hindman

Jennifer Beck

## COURTROOM MINUTES

**REVOCATION OF SUPERVISED RELEASE**

**9:03 a.m.     Court in session.**

Appearances of counsel.  Defendant present in custody.

Defendant admits to violations 1, 2, 3, 4, and 5 of supervised release as stated in the Petition [28].

Discussion and argument regarding objections to the supervised release violation report and sentencing recommendation.

Statement by Ms. Schuldt.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Court states its findings of fact and conclusions of law.

**ORDERED:  Supervised Release is revoked.**

**ORDERED:**   Defendant shall be imprisoned for 4 months.  Upon release from imprisonment, defendant shall be placed on supervised release for a period of 2 years and 6 months.

**ORDERED:**   Conditions of Supervised Release, as stated on record.

Defendant advised of right to appeal.

**ORDERED:**   Defendant is remanded to the custody of the U. S. Marshal.

**9:33 a.m.**   **Court in recess.**

Hearing concluded.
Total time in court:    00:30