IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 1:19CR00203-PAB-01

UNITED STATES OF AMERICA,

   Plaintiff,

v.

Angela Danielle SCHULDT,

   Defendant.

**ORDER REGARDING VIOLATION(S) OF CONDITIONS OF SUPERVISED RELEASE**

      THIS MATTER is before the Court upon request by the probation officer to initiate revocation proceedings due to violation(s) of the conditions of supervision.

      HAVING considered the probation officer's petition, the Court

    ____ ORDERS the issuance of an arrest warrant.

    ____ ORDERS the issuance of a summons.

    ____ DENIES the request.

      DATED at Denver, Colorado, this _____ day of June, 2022.

                          BY THE COURT:

                          _____
                          Philip A. Brimmer
                          Chief United States District Judge