AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

FILED
US DISTRICT COURT
DISTRICT OF COLORADO

2022 JUN 29 AM 10: 39

JEFFREY P. COLWELL
CLERK

BY_____DEP. CLK

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No.  1:19CR00203-1 - P,AB |
| | ) | |
| Angela Danielle Schuldt | ) | |
| | ) | |
| Defendant | | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    Angela Danielle Schuldt                                                                                               ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☑ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

1. Failure to Notify Probation Officer of Change in Residence
2. Failure to Participate in Treatment (Substance Abuse or Mental Health) as Directed by the Probation Officer
3. Failure to Participate in Substance Abuse Testing

Date:  June 17, 2022                           s/ S. Grimm, Deputy Clerk
                                                                *Issuing officer's signature*

City and state:    Denver, Colorado              Jeffrey P. Colwell, Clerk of Court
                                                                *Printed name and title*

---

**Return**

This warrant was received on *(date)* 6/27/22, and the person was arrested on *(date)* 6/26/22
at *(city and state)* Brighton, CO

Date: 6/27/22

                                                    _____
                                                    *Arresting officer's signature*

                                                    Jillian Fleck  DUSM
                                                    *Printed name and title*