IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

Criminal Action No.: 19-cr-00203-PAB          Date:  August 8, 2022
Courtroom Deputy:  Sabrina Grimm          Court Reporter:   Janet Coppock
Probation Officer:    Heather Becker

_Parties:_                                              _Counsel:_

UNITED STATES OF AMERICA,                    Andrea Surratt

    Plaintiff,

v.

1.   ANGELA DANIELLE SCHULDT,                 Jennifer Beck

    Defendant.

---

## COURTROOM MINUTES

---

**REVOCATION OF SUPERVISED RELEASE**

**11:00 a.m.    Court in session.**

Appearances of counsel.  Defendant present in custody.

Defendant admits to violations 1, 2, and 3 of supervised release as stated in the Petition [44].

Discussion and argument regarding objections to the supervised release violation report and sentencing recommendation.

Statement by Ms. Schuldt.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Court states its findings of fact and conclusions of law.

**ORDERED:  Supervised Release is revoked.**

**ORDERED:   Defendant shall be imprisoned for 8 months.  No additional term of supervised release will be imposed.**

Court recommends that the defendant receive credit for 44 days spent in official detention prior to sentencing.

Defendant advised of right to appeal.

**ORDERED:   Defendant is remanded to the custody of the U. S. Marshal.**

**11:15 a.m.   Court in recess.**

Hearing concluded.
Total time in court:    00:15