# UNITED STATES DISTRICT COURT

District of Colorado

| | |
|---|---|
| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
| v. | (For **Revocation** of Supervised Release) |
| ANGELA DANIELLE SCHULDT | Case Number: 1:19-cr-00203-PAB-1 |
| | USM Number: 01895-184 |
| | Jennifer Lynn Beck |
| | Defendant's Attorney |

**THE DEFENDANT:**

☒ admitted guilt to violation(s)   1, 2 and 3 of the Petition for Warrant on Person Under Supervision

☐ was found guilty of violation(s) _____
after denial of guilt.

The defendant is adjudicated guilty of the following violation(s):

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Failure to Notify Probation Officer of Change in Residence | 05/28/22 |
| 2 | Failure to Participate in Treatment (Substance Abuse or Mental Health) as Directed by the Probation Officer | 06/12/22 |
| 3 | Failure to Participate in Substance Abuse Testing as Directed by the Probation Officer | 03/04/22 |

The defendant is sentenced as provided in pages 2 through of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated allegations numbered _____ and is discharged to such violation(s).

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

| | |
|---|---|
| Last Four Digits of Defendant's Soc. Sec.: 0471 | August 8, 2022 |
| | Date of Imposition of Judgment |
| Defendant's Year of Birth: 1979 | |
| | *[signature]* |
| City and State of Defendant's Residence: | Signature of Judge |
| Golden, Colorado | |
| | Philip A. Brimmer, Chief United States District Judge |
| | Name and Title of Judge |
| | 8/09/2022 |
| | Date |

AO 245D (Rev. CO 11/20)  Judgment in Criminal Case

Judgment — Page 2 of 2

DEFENDANT: ANGELA DANIELLE SCHULDT
CASE NUMBER: 1:19-cr-00203-PAB-1

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: **eight (8) months**

☒ The court makes the following recommendations to the Bureau of Prisons:
The Court recommends the defendant received 44 days credit.

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____

DEPUTY UNITED STATES MARSHAL